IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HERMINA BRIDGES
on behalf of
CLIFFORD BRIDGES, deceased                                              PLAINTIFF

v.                              Case No. 2:14-cv-2255

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 15) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 29th  day of February, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE