IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


HERMINA BRIDGES
on behalf of
CLIFFORD BRIDGES, deceased                                              PLAINTIFF

v.                              Case No. 2:14-cv-2255

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                          DEFENDANT


## JUDGMENT

    Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

    IT IS SO ADJUDGED this 29th day of February, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE